UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Michael Sharrah,<br><br>　　Plaintiff,<br><br>v.<br><br>Commonwealth Financial Systems, Inc.<br>Illinois Corporation Service Co<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703,<br><br>　　　　　　Defendant. | Case No.<br><br><br><br>**COMPLAINT**<br><br><br><br>**Jury Demand Requested** |

## JURISDICTION AND VENUE

1- This court has jurisdiction pursuant to 28 U.S.C. §§1331, 1337, 1367; and 15 U.S.C. §1692k(d).

2- Venue is proper because a substantial part of the events giving rise to this claim occurred in this District.

## PARTIES

3- Plaintiff incurred a personal obligation (the "Debt").

4- The Debt qualifies as a consumer debt under the FDCPA because it was incurred primarily for personal purposes.

5- Plaintiff is a resident of the State of Illinois.

6- Defendant is a business entity with its principal office in the State of Pennsylvania.

7- Defendant acquired the Debt after it was in default and therefore qualifies as a "Debt Collector" under the Fair Debt Collection Practices Act.

8- Defendant uses instruments of interstate commerce for its principal purpose of business, which is the collection of debts.

9- Defendant regularly attempts to collects, or attempts to collect, debts that it acquired after the same were in default.

10- At all times relevant, Defendant owned the Debt or was retained to collect the Debt.

## FACTS COMMON TO ALL COUNTS

11- Plaintiff incurred the Debt before March 31, 2017.

12- Plaintiff defaulted on the Debt before March 31, 2017.

13- On June 26, 2017, Plaintiff filed a voluntary bankruptcy petition.

14- By filing a bankruptcy petition, Plaintiffs gained the protection of the automatic stay.

15- After June 26, 2017, the Debt was placed with Defendant for collection.

16- Despite the bankruptcy filing and automatic stay, on or around July 11, 2017, Defendant telephoned Plaintiff to collect the Debt (the õLetterö).

17- Attempting to collect a debt that is subject to a bankruptcy petition violates the FDCPA.

18- The FDCPA requires Defendant to maintain procedures reasonably adapted to avoid violations.

19- At the time Defendant mailed the Letter, Defendant knew, or should have known, about the bankruptcy filing.

20- By representing that the Debt was collectable while Plaintiff was protected by the automatic stay, Defendant misrepresented the legal status of the Debt.

21- Defendant violated the FDCPA

22- Defendant damaged Plaintiff..

## COUNT I

23- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

24- Defendant violated 15 USC § 1692e(2) by misrepresenting the character, amount, and/or legal status of the Debt.

## COUNT II

25- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

26- Defendant violated 15 USC § 1692e(10) by using false representations and/or deceptive means to collect, or attempt to collect, the Debt.

## COUNT III

27- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

28- Defendant violated 15 USC § 1692e by engaging in false, deceptive, or misleading methods to collect a debt.

## JURY DEMAND

29- Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

30- Plaintiff prays for the following relief:

   a. Judgment against Defendant for Plaintiff's actual damages, as determined at trial, suffered as a direct and proximate result Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(1);

   b. Judgment against Defendant for $1,000 in statutory damages for Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(2)(A);

   c. Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3); and

    d. Any other legal and/or equitable relief as the Court deems appropriate.

        RESPECTFULLY SUBMITTED,

        Meier LLC

        By: */s/ Richard J. Meier*
        Richard J. Meier, Esq.
        401 N. Michigan Ave, Suite 1200
        Chicago, IL 60611
        Tel: 312-242-1849
        Fax: 312-242-1841
        richard@meierllc.com
        *Attorney for Plaintiff*